# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA LINDA AGUILAR,<br><br>Defendant | Case No.: 12CR4472-WQH<br><br>JUDGMENT AND ORDER TO DISMISS INDICTMENT AND SUPERSEDING INFORMATION |

The government's request for leave of the Court to dismiss the above-entitled action without prejudice is GRANTED.

IT IS HEREBY ORDERED that the Indictment and Superseding Information in the above-captioned case against Defendant ROSA LINDA AGUILAR are DISMISSED without prejudice.

DATED:   3/25/2014

_____
The Honorable Barbara Lynn Major
United States Magistrate Judge